# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>JUANTEZ SAWYERS<br><br>*Defendant(s)* | )<br>)<br>) Case No. 21-mj-2088<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 9, 2021__ in the county of __Davidson__ in the __Middle__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code, Section 922 (g)(1), 924 | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See Attached statement in support of complaint

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Bridgette Mason, Special Agent ATF
*Printed name and title*

Sworn to me remotely by telephone, in compliance with Fed. R. Crim. P. 4.1.

Date: November 30, 2021

_____
*Judge's signature*

City and state: Nashville, Tennessee

Jeffery S. Frensley, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT

I, Bridgette Mason, having been duly sworn, hereby depose and swear to the following:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been so employed since January 2016. I am currently assigned to the Nashville Field Division, Nashville V Field Office. As a Special Agent (SA) for the ATF, I am familiar with federal statutes, including: 18 U.S.C. § 922(g)(1), which makes it unlawful for a prohibited person, defined as a person who has been convicted of a crime punishable by imprisonment for a term exceeding one year, to possess a firearm, in and affecting commerce.

2. The facts contained in this affidavit are based on first-hand knowledge or information learned during this investigation from law enforcement sources or from witnesses. This affidavit does not contain each and every detail known by me regarding this investigation. Instead, this affidavit provides information necessary to establish probable cause to arrest Juantez SAWYERS for a violation of 18 U.S.C. §§ 922(g)(l) and 924. Except where indicated, all statements referenced herein are set forth in substance and in part, rather than verbatim.

3. On August 9, 2021, at approximately 5:50 p.m., Metropolitan Nashville Police Department (MNPD) officers responded to a Walmart store located on Gallatin Pike North in Nashville, Tennessee which is within the Middle District of Tennessee, regarding a shooting. The officers arrived at the scene and observed a male subject who matched the description that the MNPD Dispatch Center provided. The suspect was described as a male, approximately 6 feet tall, weighing approximately 220 pounds, wearing a black hat, black shirt, and grey jeans. The subject who was later identified as, Jauntez SAWYERS, was located on the west side parking lot near the rear of the building.

4. The officers observed SAWYERS to be carrying a handgun in his right hand. Over an extended amount of time, the officers repeatedly commanded SAWYERS to drop the firearm and surrender. SAWYERS did not comply with the officer's commands. The MNPD Dispatch Center contacted the MNPD Special Weapons and Tactics (SWAT) team, and those officers responded to the scene. Once the SWAT officers arrived, SAWYERS placed the firearm on the ground and was taken into custody. The officers recovered the firearm that SAWYERS possessed, which was a Hi Point JCP.40 Smith and Wesson caliber pistol. The firearm contained an empty magazine.

5. The MNPD detectives were provided with Walmart surveillance video footage which showed a white Nissan Altima traveling through the parking lot towards the store. The car was traveling at a high rate of speed and struck a male subject/victim, (J.J.), from behind. J.J. was thrown onto the hood of the car, into the windshield, and rolled off onto the ground in front of the vehicle. A male consistent in appearance with SAWYERS immediately exited the vehicle and fired shots into the rear passenger area of the vehicle, which was occupied by a female passenger, J.W. The car came to rest on J.J.'s back which caused him to become trapped under the front bumper.

6. J.J. suffered multiple injuries due to the incident. J.J. was evaluated and transported by ambulance to TriStar Skyline Medical Center.

7. The officers interviewed J.W. regarding the incident. During the interview, J.W. stated that SAWYERS had smoked various types of drugs (specifically mentioning methamphetamine) before the incident occurred. J.W. stated that SAWYERS began driving erratically in the Walmart parking lot and she asked him to stop. J.W. stated that SAWYERS became enraged and began to shoot at her from the front seat of the vehicle

8. J.W. stated that SAWYERS exited the vehicle and shot at her again before he ran to the west side of the building toward the back parking lot. J.W. stated that she and SAWYERS were in an intimate dating relationship. The officers corroborated J.W.'s statements with what they viewed on the aforementioned surveillance video.

10. MNPD Crime Scene Investigators (CSI) processed the crime scene and collected one .40 caliber Smith and Wesson shell casing that was located underneath a red Chevrolet Cruze that was parked near the scene. The CSI's secured the Nissan Altima and placed a hold on it.

11. The vehicle was towed to the Davidson Vehicle Impound Division located at 1201 Freightliner Drive, Nashville, TN, pending the application and execution of a state search warrant.

12. SAWYERS has several felony convictions. At this time, your affiant has received certified disposition records of the following felony convictions:

- Davidson County Criminal Court Case # 2002-B-1196: Sawyers plead guilty on September 4, 2002 to Felon in Possession of a Weapon and was sentenced to one year to serve in the Corrections Corporation of America;

- Davidson County Criminal Court Case # 2004-A-342: Sawyers plead guilty on July 22, 2004 to Felony Evading Arrest by Motor Vehicle, Felony Simple Possession of a Controlled Schedule II Substance, and Felon in Possession of a Weapon, and was sentenced to six years in the Corrections Corporation of America;

- Davidson County Criminal Court Case # 2005-A-529: Sawyers plead guilty to Felony Aggravated Burglary on October 6, 2005 and was sentenced to six years to serve in the Tennessee Department of Corrections, to run concurrent to Case # 2004-A-342;

- Davidson County Criminal Case # 2011-A-422: Sawyers plead guilty on June 9, 2011 to Felony Simple Possession and was sentenced to two years six months to serve in the Corrections Corporation of America;

- Davidson County Criminal Court Case # 2015-I-1003: Sawyers plead guilty to Felony Theft over $500 and was sentenced to serve two years in the Corrections Corporation of America.

I submit that, based on the circumstances of his convictions and the fact that he pleaded guilty to the above offenses, there is probable cause to believe that SAWYERS knew that he was a convicted felon at the time of his possession of a firearm on August 9, 2021.

13. On August 13, 2021, a MNPD detective obtained and executed a state search warrant on the vehicle which yielded the following items: two (2) glass pipes, one (1) metal pipe (drug paraphernalia), three (3) .40 caliber shell casings, and one (1) small knotted baggie that contained nine (9) unknown pills. All of the items were turned into the MNPD Property and evidence room for safekeeping.

14. During the course of the investigation, ATF Special Agent (SA) M. Madison, a qualified ATF Firearms Interstate Nexus Expert, analyzed photographs of the firearm described herein. SA R. Madison was able to determine that the firearm is a firearm, as defined by 18 U.S.C. § 921(a)(3), and was not manufactured in the state of Tennessee. Therefore, at some point in time, the firearm traveled in and affected interstate or foreign commerce.

16. Based on the foregoing, I submit that there is probable cause to believe that Juantez SAWYERS committed the following offense: Possession of a firearm by a convicted felon, in violation of Title 18 U.S.C. §§ 922(g)(l) and 924 and request that a warrant be issued for his arrest.